IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | : | |
|---|---|---|
| HUBERT C. SMITH, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | 5:05-CV-334(CAR) |
| | : | |
| JO ANNE B. BARNHART, Commissioner, | : | |
| Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

ORDER

Upon consideration of Plaintiff's motion for leave to proceed *in forma pauperis* and his affidavit of indigency in support thereof, and it appearing that said Plaintiff meets the requirements of 28 U.S.C. § 1915 (1966) for proceeding *in forma pauperis,* Plaintiff's motion is hereby GRANTED.  Plaintiff is hereby allowed to proceed in this action without prepayment of costs or fees or the necessity of giving security therefore. The Clerk shall file the complaint.

SO ORDERED, this 16thday of September 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE