## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **HUBERT C. SMITH, JR.,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **CASE NO. 5:05-cv-334 (CAR)** |
| | : |
| **JO ANNE B. BARNHART,** | : |
| **Commissioner of Social Security,** | : |
| | : |
| **Defendant.** | : |

## J U D G M E N T

Pursuant to the Order of this Court filed September 28, 2006, having accepted the recommendation of the United States Magistrate Judge in its entirety, JUDGMENT is hereby entered reversing and remanding the Commissioner's decision.

This 28th day of September, 2006.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**